United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 27, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 06-20760
Summary Calendar

_____

ALEXIS FROEMLING,

Plaintiff-Appellant,

versus

BOXER PROPERTY MANAGEMENT,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Texas
(USDC No. 4:05-CV-1536-EW)

_____

Before REAVLEY, WIENER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Alexis Froemling appeals the district court's summary judgment that she take nothing

in her lawsuit brought under Title VII and the Age Discrimination in Employment Act.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

1

Having reviewed the record de novo, we affirm for the reasons given in the district court's thorough memorandum and order.

AFFIRMED.